Keith Jacoby, Bar No. 150233
KJacoby@littler.com
Gwin Duangnapa, Bar No. 359350
GDuangnapa@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Facsimile: 800.715.1330

Andrew Spurchise, Bar No. 245998
ASpurchise@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022
Telephone: 212.583.9600

Lisa Lin Garcia, Bar No. 260582
LLGarcia@littler.com
LITTLER MENDELSON, P.C.
101 Second Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.433.1940

Attorneys for Defendants
SCALE AI, INC. and
HIREART, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CHARLES WALLACE, formerly known as CHARLES LEE ATCHISON,

Plaintiffs,

v.

SCALE AI, INC., a Delaware corporation; HIREART, INC., a Delaware corporation; and DOES 1 through 20, inclusive,

Defendants.

Case No. XX

*[Removed from San Franscisco County Superior Court Case No.CGC-26-640346]*

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP RULE 7.1**

Trial Date: Not Set
Complaint Filed: August 31, 2026

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF IN PRO PER, CHARLES WALLACE FORMERLY KNOWN AS CHARLES LEE ATCHISON:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant HIREART, INC., through its counsel, discloses the following:

1. Defendant has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: October 29, 2026

LITTLER MENDELSON, P.C.

______________________________

Keith Jacoby
Andrew Spurchise
Lisa Lin Garcia
Gwin Duangnapa

Attorneys for Defendants
SCALE AI, INC. and HIREART, INC.