Keith Jacoby, Bar No. 150233
KJacoby@littler.com
Gwin Duangnapa, Bar No. 359350
GDuangnapa@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Facsimile: 800.715.1330

Andrew Spurchise, Bar No. 245998
ASpurchise@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022
Telephone: 212.583.9600

Lisa Lin Garcia, Bar No. 260582
LLGarcia@littler.com
LITTLER MENDELSON, P.C.
101 Second Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.433.1940

Attorneys for Defendants
SCALE AI, INC. and
HIREART, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES WALLACE, formerly known as CHARLES LEE ATCHISON,<br><br>Plaintiffs,<br><br>v.<br><br>SCALE AI, INC., a Delaware corporation; HIREART, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. XX<br>*[Removed from San Franscisco County Superior Court Case CGC-26-640346]*<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES**<br><br>Trial Date: Not Set<br>Complaint Filed: August 31, 2026 |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF CHARLES WALLACE:**

Pursuant to Local Civil Rules, Rule 3-15, the undersigned counsel of record for Defendants SCALE AI, INC. ("Scale AI") and HIREART, INC. ("HireArt"), collectively ("Defendants") certify that the following listed parties may have a pecuniary interest in the outcome of this case:

- Plaintiff in Pro Per CHARLES WALLACE, formerly known as CHARLES LEE ATCHISON, who is a party to this litigation;
- Defendant HIREART, INC., which is a party to this litigation; and
- Defendant SCALEAI, INC., which is a party to this litigation; and

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: October 29, 2026

LITTLER MENDELSON, P.C.

Keith Jacoby
Andrew Spurchise
Lisa Lin Garcia
Gwin Duangnapa

Attorneys for Defendants
SCALE AI, INC. and HIREART, INC.