Keith Jacoby, Bar No. 150233
KJacoby@littler.com
Gwin Duangnapa, Bar No. 359350
GDuangnapa@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Facsimile: 800.715.1330

Andrew Spurchise, Bar No. 245998
ASpurchise@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022
Telephone: 212.583.9600

Lisa Lin Garcia, Bar No. 260582
LLGarcia@littler.com
LITTLER MENDELSON, P.C.
101 Second Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.433.1940

Attorneys for Defendants
SCALE AI, INC. and
HIREART, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES WALLACE, formerly known as CHARLES LEE ATCHISON,<br><br>Plaintiffs,<br><br>v.<br><br>SCALE AI, INC., a Delaware corporation; HIREART, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. XX<br><br>*[Removed from San Franscisco County Superior Court Case No.CGC-26-640346]*<br><br>**DEFENDANTS' NOTICE OF RELATED CASES**<br><br>Trial Date: Not Set<br>Complaint Filed: August 31, 2026 |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF CHARLES WALLACE:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 3-13 of the United States District Court for the Northern District of California, Defendants Scale AI, Inc. ("Scale AI") and HIREART, INC. ("HireArt") hereby aver that:

1. To Defendants' knowledge, no action previously filed in the Northern District appears to arise from the same or substantially identical transactions, happenings, or events as those alleged in the present lawsuit.

2. To Defendants' knowledge, a state court action filed in San Francisco County Superior Court Titled McKinney et al. v. Scale AI, Inc. et al., case number CGC-24-620481, assigned to Hon. Ethan P. Schulman, Dept. 304 is currently pending. To Defendant's knowledge the referenced state court case is pending final approval of class action settlement and Plaintiff Charles Wallace, formerly known as Charles Lee Atchison, opted out of the class settlement.

3. To Defendants' knowledge, no action previously filed or currently pending in the Northern District will entail substantial duplication of labor with the present lawsuit if heard by different judges.

4. The present lawsuit does not involve issues of patent, trademark or copyright.

Dated: October 29, 2026

LITTLER MENDELSON, P.C.

[signature]

Keith Jacoby
Andrew Spurchise
Lisa Lin Garcia
Gwin Duangnapa

Attorneys for Defendants
SCALE AI, INC. and HIREART, INC.