Keith Jacoby, Bar No. 150233
KJacoby@littler.com
Gwin Duangnapa, Bar No. 359350
GDuangnapa@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Facsimile: 800.715.1330

Andrew Spurchise, Bar No. 245998
ASpurchise@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022
Telephone: 212.583.9600

Lisa Lin Garcia, Bar No. 260582
LLGarcia@littler.com
LITTLER MENDELSON, P.C.
101 Second Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.433.1940

Attorneys for Defendants
SCALE AI, INC. and
HIREART, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CHARLES WALLACE, formerly known as CHARLES LEE ATCHISON,

Plaintiffs,

v.

SCALE AI, INC., a Delaware corporation; HIREART, INC., a Delaware corporation; and DOES 1 through 20, inclusive,

Defendants.

Case No. XX

*[Removed from San Franscisco County Superior Court Case No.CGC-26-640346]*

**CERTIFICATE OF SERVICE RE NOTICE OF REMOVAL**

Trial Date: Not Set
Complaint Filed: August 31, 2026

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 633 West 5th Street, 63rd Floor, Los Angeles, California 90071.

On **October 29, 2026**, I served the within document(s) on the below interested party:

- **NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**
- **DECLARATION OF KEITH JACOBY IN SUPPORT OF DEFENDANTS' REMOVAL OF ACTION**
- **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP RULE 7.1**
- **DEFENDANTS' NOTICE OF INTERESTED PARTIES**
- **DEFENDANTS' NOTICE OF RELATED CASES**

Charles Wallace fka Charles Lee Atchison
3723 Foothill Boulevard
Oroville, CA 95966-9516

☒ **BY U.S. MAIL** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, office service deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above

I hereby certify that I am employed in the Office of a member of the Bar of this Court at whose direction the service was made. Executed on **October 29, 2026** at Los Angeles, California.

Kim Alvarez

Kim Alvarez