Keith A. Jacoby, Bar No. 150233
kjacoby@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Facsimile: 800.715.1330

Gwin Duangnapa, Bar No. 359350
gduangnapa@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Facsimile: 800.715.1330

Attorneys for Defendant
HIREART, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES WALLACE, formerly known as CHARLES LEE ATCHISON,<br><br>Plaintiff,<br><br>v.<br><br>SCALE AI, INC., a Delaware corporation; HIREART, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:26-cv-12797-AGT<br><br>**DEFENDANT HIREART, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**<br><br>**Date: December 11, 2026**<br>**Time: 10:00 AM**<br>**Judge: ALEX G. TSE**<br>**Dept.: CRTRM A – 15TH FLR**<br><br>Trial Date: None Set<br>Notice of Removal Filed: October 29, 2026<br>SFSC Complaint Filed: August 31, 2026 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **December 4, 2026**, at **10:00 a.m.**, or as soon thereafter as the matter may be heard before the Honorable ALEX G. TSE, in **Courtroom A – 15 FLOOR** of the United States District Court for the Central District of California, located at **450 Golden Gate Avenue, San Francisco, CA 94102** United States, Defendant HIREART, INC. ("Defendant") will and hereby do move this Court for an order:

1. Compelling Plaintiff CHARLES WALLACE ("Plaintiff") to submit all claims alleged in the Complaint to binding arbitration pursuant to the parties' written arbitration agreement;

2. Staying this action pending completion of arbitration; and

3. Granting such other and further relief as the Court deems just and proper.

This Motion is brought pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 2, 3, and 4, which provide that valid written arbitration agreements are enforceable, authorize courts to compel arbitration, and require a stay of proceedings involving arbitrable claims.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Keith A. Jacoby and Marielle Wardell and the exhibits thereto, all pleadings and papers on file in this action, and such further evidence and argument as may be presented at or before the hearing.

Dated: November 5, 2026

LITTLER MENDELSON, P.C.

Keith A. Jacoby
Gwin Duangnapa

Attorneys for Defendant
HIREART, INC.

4904-7410-2493.1 / 091403.1102

LITTLER MENDELSON, P.C.
2049 Century Park East,
5th Floor
Los Angeles, California 90067.3107
310.553.0308