Keith A. Jacoby, Bar No. 150233
kjacoby@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Facsimile: 800.715.1330

Gwin Duangnapa, Bar No. 359350
gduangnapa@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Facsimile: 800.715.1330

Attorneys for Defendant
HIREART, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CHARLES WALLACE, formerly known as CHARLES LEE ATCHISON,

Plaintiffs,

v.

SCALE AI, INC., a Delaware corporation; HIREART, INC., a Delaware corporation; and DOES 1 through 20, inclusive,

Defendants.

Case No. 3:26-cv-12797-AGT

**DECLARATION OF KEITH A. JACOBY IN SUPPORT OF DEFENDANT HIREART INC.'S MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**

**Date:** **December 11, 2026**
**Time:** **10:00 AM**
**Judge:** **ALEX G. TSE**
**Dept.:** **CRTRM A – 15TH FLR**

Trial Date: None Set
Notice of Removal Filed: October 29, 2026
SFSC Complaint Filed: August 31, 2026

LITTLER MENDELSON, P.C.
2049 Century Park East,
5th Floor
Los Angeles, California 90067.3107
310.553.0308

LITTLER MENDELSON, P.C.
2049 Century Park East,
5th Floor
Los Angeles, California 90067.3107
310.553.0308

# DECLARATION OF KEITH A. JACOBY

I, Keith A. Jacoby, hereby declare as follows:

1. I am a shareholder with the law firm of Littler Mendelson, P.C., attorneys for HireArt, Inc. ("Defendant"), in the above-entitled matter. I am duly licensed to practice law in the State of California and the Northern District of California and am one of the attorneys representing Defendants in this action. I have personal knowledge of the following facts, and if called to testify, could and would competently testify thereto.

2. In advance of filing this motion, Gwin Duangnapa, an associate at my firm Littler Mendelson, P.C., attempted to meet and confer with Plaintiff Charles Wallace formerly known as Charles Lee Atchison, in regards to the arbitration agreement.

3. Plaintiff responded by stating, "**I have not decided whether to stipulate**" and proceeded to request "The complete arbitration agreement **as you contend I signed it, with the electronic-signature audit trail showing when it was sent to me, opened and signed.**" Combined with Plaintiff's assertions on his complaint filed in San Francisco County Superior Court dated August 31, 2026, that, "The CIIAA is governed by California law and **contains no agreement to arbitrate. HireArt's separate onboarding form contains an AAA clause (Section 10). Scale did not sign that HireArt form,**" Defendant HireArt, Inc. can only conclude that Plaintiff refuses to stipulate to arbitration of his individual claims, thereby necessitating the filing of this Motion.

4. Attached hereto as **Exhibit A** is a true and correct copy of correspondence with Plaintiff Charles Wallace formerly known as Charles Lee Atchison.

I declare under penalty of perjury pursuant to the laws of the State of California and United States that the foregoing is true and correct. Executed on November 5, 2026, at Los Angeles, California.

KEITH A. JACOBY
Declarant

4908-7485-5133.1 / 091403.1102

# EXHIBIT A

**From:** Duangnapa, Gwin
**Sent:** Wednesday, November 4, 2026 4:57 AM
**To:** 'realcharleswallace@gmail.com'
**Cc:** Jacoby, Keith
**Subject:** RE: Wallace v HireArt, Inc.

Mr. Wallace:

I hope this email finds you well. I attempted to contact you by telephone earlier this week but was unsuccessful.

As you are aware, you signed and accepted an arbitration agreement, which is the subject of a motion to compel arbitration concerning your individual wage-and-hour claims. We intend to seek an order compelling arbitration of your individual claims and staying the pending action in the U.S. District Court for the Northern District of California.

Please let us know as soon as possible whether you are willing to stipulate to arbitration pursuant to the agreement. We are reaching out in good faith in an effort to resolve this issue without the need for court intervention or unnecessary motions practice.

Thank you.

**Gwin Duangnapa**
**Attorney at Law**
+1 213.443.4243 direct, +1 310.498.5317 mobile
633 West Fifth Street, 63rd Floor, Los Angeles, CA 90071
GDuangnapa@littler.com

Pronouns: He/Him

Littler
Labor & Employment Law Solutions
LOCAL EVERYWHERE

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

**From:** Charles Wallace <realcharleswallace@gmail.com>
**Sent:** Wednesday, November 4, 2026 1:08 PM
**To:** Duangnapa, Gwin
**Cc:** Jacoby, Keith
**Subject:** Re: Wallace v. Scale AI, Inc., et al., N.D. Cal. No. 3:26-cv-12797

Mr. Duangnapa,

Thank you for your email of November 4 and for reaching out.

I learned of the removal on November 4 from the federal docket; as of today I have not received the removal papers by mail. I have applied to register as an e-filer in Case No. 3:26-cv-12797.

I am open to discussing an early resolution of this matter, including whether arbitration is the right forum and on what terms. I have not decided whether to stipulate. To evaluate your request, please send me:

1. The complete arbitration agreement as you contend I signed it, with the electronic-signature audit trail showing when it was sent to me, opened and signed.

2. HireArt's records of arbitration opt-out notices received during the 30 days after the date your clients contend I received or signed the agreement, and in any event from February 22 through March 31, 2024, at info@hireart.com and at the opt-out fax number (+1-646-893-5981), including any message from me or sent from charles.atchison@contractors.scale.com or cha911@g.harvard.edu.

3. Your clients' position on whether the HireArt agreement covers my direct employment with Scale AI, Inc. beginning October 6, 2025.

I would also propose early mediation, either through a private mediator or the Court's ADR program, before the parties spend time on motion practice. Please let me know whether your clients are willing.

I understand HireArt's response in federal court is due on or about November 5, 2026. If your clients would like to discuss this further or to try mediation, I am amenable to a short extension of that deadline for that purpose. Please send me a proposed stipulation and I will respond promptly.

Please make sure your clients preserve all records relating to my hours and the June 2024 change in timekeeping, including Time Doctor data, and Slack messages, Zoom recordings and calendar entries involving Ankita Sharma, from May through August 2024.

I prefer to communicate in writing by email. Please send any papers to me at realCharlesWallace@gmail.com.

Charles Wallace