Keith A. Jacoby, Bar No. 150233
kjacoby@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Facsimile: 800.715.1330

Gwin Duangnapa, Bar No. 359350
gduangnapa@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Facsimile: 800.715.1330

Attorneys for Defendant
HIREART, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES WALLACE, formerly known as CHARLES LEE ATCHISON,<br><br>Plaintiff,<br><br>v.<br><br>SCALE AI, INC., a Delaware corporation; HIREART, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:26-cv-12797-AGT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT HIREART, INC.'S MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**<br><br>**Date: December 11, 2026**<br>**Time: 10:00 AM**<br>**Judge: ALEX G. TSE**<br>**Dept.: CRTRM A – 15TH FLR**<br><br>Trial Date: None Set<br>Notice of Removal Filed: October 29, 2026<br>SFSC Complaint Filed: August 31, 2026 |



LITTLER MENDELSON, P.C.
2049 Century Park East,
5th Floor
Los Angeles, California 90067.3107
310.553.0308

LITTLER MENDELSON, P.C.
2049 Century Park East,
5th Floor
Los Angeles, California 90067.3107
310.553.0308

**[PROPOSED] ORDER**

The Motion of Defendant HIREART, INC. to Compel Arbitration and Stay Proceedings came before the Court on December 4, 2026.

Having considered the Motion, supporting papers, any opposition and reply, and the arguments of counsel, the Court finds good cause for granting the Motion.

IT IS HEREBY ORDERED THAT:

1. Defendant's Motion is GRANTED.

2. Plaintiff CHARLES WALLACE ("Plaintiff") shall submit the claims asserted in this action to binding arbitration in accordance with the parties' arbitration agreement.

3. This action is STAYED pending completion of arbitration.

4. The parties shall file a joint status report every _____ days regarding the status of arbitration.

5. The Court retains jurisdiction to enforce this Order and any arbitration award as permitted by law.

Dated: ________, 2026

______________________________
HON. ALEX G. TSE

United States District Court
Northern District of California

4902-8876-6685.1 / 091403.1102